IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY, | Case No. 2:22-cv-10847-PDB-JJCG |
| Plaintiffs, | Hon. Paul D. Borman |
| | Magistrate Jonathan J.C. Grey |
| v. | |
| TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION, | |
| Defendants. | |

## **APPEARANCE**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Cheryl A. Bush of the law firm of Bush Seyferth PLLC on behalf of Plaintiffs Consumers Energy Company and DTE Electric Company in the above-referenced matter.

CONSUMERS ENERGY COMPANY and
DTE ELECTRIC COMPANY

Dated: April 20, 2022     By: /s/ *Cheryl A. Bush*
Cheryl A. Bush (P37031)
BUSH SEYFERTH PLLC
100 West Big Beaver Road, Suite 400
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com

## **NOTICE OF APPEARANCE**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Cheryl A. Bush of the law firm of Bush Seyferth PLLC has this date entered an Appearance on behalf of Plaintiffs Consumer Energy Company and DTE Electric Company in the above-referenced matter.

DTE ELECTRIC COMPANY

Dated: April 20, 2022                By:  /s/ *Cheryl A. Bush*
                                                  Cheryl A. Bush (P37031)
                                                  BUSH SEYFERTH PLLC
                                                  100 West Big Beaver Road, Suite 400
                                                  Troy, MI 48084
                                                  (248) 822-7800
                                                  bush@bsplaw.com