IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY, | ) ) ) | Case No. 2:22-cv-10847-PDB-JJCG |
| Plaintiffs, | ) ) | Judge Paul D. Borman |
| v. | ) ) | Mag. Judge Jonathan J.C. Grey |
| TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION, | ) ) ) | Demand for Jury Trial |
| Defendants. | ) ) | |

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs

Consumers Energy Company and DTE Electric Company hereby demand a jury

trial on all issues triable by jury.

Respectfully submitted,

Dated: April 25, 2022

By: /s/ *Derek J. Linkous*

Cheryl A. Bush
bush@bsplaw.com
Derek J. Linkous
linkous@bsplaw.com
BUSH SEYFERTH PLLC
100 West Big Beaver Road
Suite 400
Troy, Michigan 48084
(242) 822-7800

Terri L. Mascherin
tmascherin@jenner.com
Daniel J. Weiss
(application for E.D. Mich.
admission pending)
dweiss@jenner.com
Christopher Tompkins
(application for E.D. Mich.
admission pending)
ctompkins@jenner.com
Elin I. Park
(application for E.D. Mich.
admission forthcoming)
epark@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Attorneys for Plaintiffs Consumers
Energy Company and DTE Electric
Company*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 25, 2022, I caused a true and correct copy of *Jury Demand* to be served on counsel for Defendants Toshiba America Energy Systems Corporation and Toshiba Corporation via e-mail to:

> Tony Tootell
> Foley and Lardner LLP
> Tel: (213) 972-4796
> ttootell@foley.com
>
> Nicholas J. Ellis
> Foley & Lardner LLP
> One Detroit Center
> 500 Woodward Avenue, Suite 2700
> Detroit, MI 48226-3489
> Tel:  (313) 234-7168
> NEllis@foley.com

> */s/ Daniel J. Weiss*
> Attorney for Plaintiffs

3