IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY, | )<br>)  Case No. 2:22-cv-10847-PDB-JJCG<br>) |
| Plaintiffs, | )  Hon. Paul D. Borman<br>)  Magistrate Jonathan J.C. Grey |
| v. | )<br>) |
| TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **APPEARANCE**

TO: Clerk of the United States District Court for the Eastern District of Michigan

PLEASE ENTER THE APPEARANCE for Elin I. Park of the law firm of Jenner & Block LLP on behalf of Plaintiffs Consumers Energy Company and DTE Electric Company in the above-referenced matter.

                                                      CONSUMERS ENERGY COMPANY and
                                                      DTE ELECTRIC COMPANY

Dated: May 3, 2022                      By:  /s/ *Elin I. Park*
                                                       Elin I. Park
                                                         JENNER & BLOCK LLP
                                                        353 N. Clark Street
                                                        Chicago, Illinois 60654
                                                        (312) 222-9350
                                                        epark@jenner.com

# **NOTICE OF APPEARANCE**

TO:  All Counsel of Record

PLEASE TAKE NOTICE that Elin I. Park of the law firm of Jenner & Block LLP has this date entered an Appearance on behalf of Plaintiffs Consumer Energy Company and DTE Electric Company in the above-referenced matter.

                                        CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY

Dated: May 3, 2022        By:  /s/ *Elin I. Park*
                                                Elin I. Park
                                                JENNER & BLOCK LLP
                                                353 N. Clark Street
                                                Chicago, Illinois 60654
                                                (312) 222-9350
                                                epark@jenner.com