UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DTE ELECTRIC CO., *et al.*,                              Case No. 22-10847

    Plaintiffs,                                         F. Kay Behm
v.                                                                United States District Judge

TOSHIBA AMERICAN ENERGY SYSTEMS
CORPORATION, *et al.*,

    Defendants.
_____ /

**ORDER GRANTING MOTION TO BIFURCATE ISSUE OF
ATTORNEY FEES AND LITIGATION EXPENSES (ECF No. 150)**

Plaintiffs move to bifurcate the issue of Plaintiffs' recovery of attorney fees and litigation expenses until after a trial on the merits in this case. (ECF No. 150). Defendants consent to the relief sought by Plaintiffs, agreeing that it makes sense for any issue on attorney fees and expenses to be reserved until after a trial on the merits. (ECF No. 157). Accordingly, the court **GRANTS** Plaintiffs' motion to bifurcate the issue of attorney fees and litigation expenses until after a trial on the merits of this matter takes place. This bifurcation includes the related fact and expert disclosures.

    **SO ORDERED**.

Date:  January 23, 2025                                  <u>s/F. Kay Behm</u>
                                                         F. Kay Behm
                                                         United States District Judge