IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br>Hon. F. Kay Behm<br>Mag. Judge Curtis Ivy, Jr. |

## ORDER REGARDING WITHDRAWAL AS COUNSEL OF RECORD

This matter comes before the Court at the request of Defendants Toshiba America Energy Systems Corporation and Toshiba Corporation to permit attorney Kelsey Leiper Imam to withdraw as counsel of record for Defendants in the above-captioned case. Defendants will continue to be represented by counsel from Foley & Lardner LLP and White & Case who have appeared in this matter.

The Court being fully advised of the premises, it is hereby ORDERED that attorney Kelsey Leiper Imam is withdrawn as counsel of record for Plaintiffs and her name is to be removed from the docket and from ECF Notification.

SO ORDERED.

Date: July 17, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge