UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY CO. and
DTE ELECTRIC CO.,

    Plaintiffs,

v.

TOSHIBA AMERICA ENERGY
SYSTEMS CORP. and
TOSHIBA CORP.,

    Defendants.
_____/

Case No. 22-10847

Hon. F. Kay Behm

## ORDER REGARDING PRETRIAL MATTERS

The court held a final pretrial conference in this matter on September 26, 2025. Consistent with discussions at the conference, the court **ORDERS** as follows:

**Jury Instructions:** By **October 10, 2025,** the parties shall file one joint document with their proposed jury instructions, to be compiled and filed by Plaintiffs, entitled "Joint Proposed Jury Instructions." The document shall include page numbers, with one instruction per page. The parties shall include both stipulated instructions and proposed instructions, in the order that they propose the instructions be given. The parties shall designate

each instruction as "stipulated," "Plaintiffs' proposed," or "Defendants' proposed." Citations to standard instructions, which are preferred, or other legal authority shall be included for each instruction. To the extent the parties disagree about a particular instruction, they shall briefly state their objection and/or propose an alternative instruction on the next page, with citations to authority. The parties shall also provide an electronic version of the Joint Proposed Jury Instructions by email to the court's case manager.

**Motion to Seal:** Regarding ECF No. 284, Plaintiffs shall provide redacted versions of the documents at issue in the motion to seal to Defendants by **October 3, 2025.**

**Mediation:** The parties previously mediated this case with Miles Ruthberg at Phillips ADR Enterprises in New York. It is **ORDERED** that the parties are to return to mediation, in person, including individuals with full settlement authority for each side, on or before **October 20, 2025.**

    SO ORDERED.

Date:  September 26, 2025        s/F. Kay Behm  
                                          F. Kay Behm  
                                          United States District Judge