UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY CO. and
DTE ELECTRIC CO.,

    Plaintiffs,

v.

TOSHIBA AMERICA ENERGY
SYSTEMS CORP. and
TOSHIBA CORP.,

    Defendants.
_____/

Case No. 22-10847

Hon. F. Kay Behm

**ORDER ON DEFENDANTS' MOTION IN LIMINE (ECF No. 263)**

Defendants move to exclude evidence of plant conditions that arose after the close of fact discovery in May 2024, or to reopen discovery.  Defendants' request is too broad; they and their experts inspected the plant in October 2024, so they have no basis to exclude evidence from that time frame.  Defendants mainly appear to complain about Plaintiffs' decisions to restrict the usage of Units 2 and 4 to 50 hours per year.  However, Plaintiffs state that they disclosed this information to Defendants in January and April of 2025, when those decisions were made, properly supplementing their discovery pursuant to Rule 26(e).  *See*

ECF No. 271 at 4-6 (detailing supplemental disclosures).  A sanction of exclusion is therefore, not warranted.

To the extent Defendants want additional discovery, it is true that they could have asked for it earlier, given that the disclosures occurred in January and April 2025.  They knew of this additional information as of April 2025, but did not request additional discovery at that time.  However, Plaintiffs produced additional videos showing leakage at the plant in August 2025.  Accordingly, the court will allow Defendants to conduct limited discovery in advance of trial.  They may take the depositions of Mr. Durand, Mr. Koster, and Mr. Tucker.  Each deposition may not exceed two hours in length.

Based on the foregoing, the motion in limine is **GRANTED** in part and **DENIED** in part.

**SO ORDERED**.

Dated: October 7, 2025                               s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge