No. 25-1766

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 7, 2025
KELLY L. STEPHENS, Clerk

In re: TOSHIBA AMERICAN ENERGY
SYSTEMS CORPORATION, et al.,

      Petitioners.

Before: GIBBONS, THAPAR, and READLER, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus and Prohibition.
United States District Court for the Eastern District of Michigan at Flint.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for a writ of mandamus and prohibition is DENIED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk