IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**STIPULATION REGARDING LIQUIDATED DAMAGES
AND CERTAIN TESTIMONY**

The parties hereby stipulate and agree as follows:

1. The parties stipulate that the amount of Liquidated Damages for Lateness owed by Defendant Toshiba America Energy Systems Corporation ("TAES") pursuant to Section IV ¶ 2B of the October 15, 2010 Engineering, Procurement, & Construction Contract as Plaintiffs' sole and exclusive remedy for TAES's late achievement of Unit Interim Acceptance of Units 1, 6, and 3 is $12,912,402. The parties stipulate that TAES is due a credit of $1,625,000 against that figure, resulting in an amount owed by TAES of $11,287,402. This stipulation is without prejudice to any other claims for damages asserted by the Parties other

than for damages for TAES's late achievement of Unit Interim Acceptance of Units 1, 6, and 3.

2. The parties stipulate that: (a) Plaintiffs will not call expert witness John Byrne to testify at trial; and (b) Defendants' expert witness Dakus Gunn will not testify as to his opinions responding to Mr. Byrne's opinions, disclosed at Paragraphs 250-315 of Mr. Gunn's November 1, 2024 report.

**STIPULATED AND AGREED TO BY:**

| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY | TOSHIBA AMERICA ENERGY SYSTEMS COPRORATION and TOSHIBA CORPORATION |
|---|---|
| By: */s/ Terri L. Mascherin*<br>One of their attorneys | By: */s/ Christopher M. Curran*<br>One of their attorneys |
| Terri L. Mascherin<br>tmascherin@jenner.com<br>Daniel J. Weiss<br>dweiss@jenner.com<br>Christopher Tompkins<br>ctompkins@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350 | Christopher M. Curran<br>ccurran@whitecase.com<br>Eric Grannon<br>egrannon@whitecase.com<br>J. Frank Hogue<br>fhogue@whitecase.com<br>Holly Zheng<br>holly.zheng@whitecase.com<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>(202) 626-3600 |
| Patrick G. Seyferth<br>seyferth@bsplaw.com<br>Derek J. Linkous<br>linkous@bsplaw.com<br>BUSH SEYFERTH PLLC<br>100 West Big Beaver Road<br>Suite 400<br>Troy, Michigan 48084<br>(242) 822-7800 | Nicholas J. Ellis (P73174)<br>nellis@foley.com<br>FOLEY & LARDNER LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>(313) 234-7100 |
| *Counsel for Plaintiffs/Counter-Defendants* | Jennifer M. Luther<br>jluther@foley.com<br>FOLEY & LARDNER LLP<br>150 East Gilman Street, Suite 5000<br>Madison, WI 53703<br>(608) 258-4215 |

*Counsel for Defendants/Counter-Plaintiffs*