IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>    Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**STIPULATED ORDER CORRECTING
CASE CAPTION AND PARTY NAME**

The parties hereby stipulate and agree that the spelling of Defendant Toshiba America Energy Systems Corporation's name in the official caption for this action be changed from "Toshiba American Energy Systems Corporation" to "Toshiba America Energy Systems Corporation" (i.e., without the "n" on "America"). Such a change will correct the misspelling and bring the name into conformity with the Complaint (ECF No. 1) in this action.

**SO ORDERED.**

Dated: _____, 2025         _____
                                                                    Judge F. Kay Behm
                                                                    United States District Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY | TOSHIBA AMERICA ENERGY SYSTEMS COPRORATION and TOSHIBA CORPORATION |
| By:  */s/ Daniel J. Weiss*<br>       One of their attorneys | By:  */s/ Christopher M. Curran*<br>       One of their attorneys |
| Terri L. Mascherin<br>tmascherin@jenner.com<br>Daniel J. Weiss<br>dweiss@jenner.com<br>Christopher Tompkins<br>ctompkins@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350 | Christopher M. Curran<br>ccurran@whitecase.com<br>Eric Grannon<br>egrannon@whitecase.com<br>J. Frank Hogue<br>fhogue@whitecase.com<br>Holly Zheng<br>holly.zheng@whitecase.com<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>(202) 626-3600 |
| Patrick G. Seyferth<br>seyferth@bsplaw.com<br>Derek J. Linkous<br>linkous@bsplaw.com<br>BUSH SEYFERTH PLLC<br>100 West Big Beaver Road<br>Suite 400<br>Troy, Michigan 48084<br>(242) 822-7800 | Nicholas J. Ellis (P73174)<br>nellis@foley.com<br>FOLEY & LARDNER LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226-3489<br>(313) 234-7100 |
| *Counsel for Plaintiffs/Counter-Defendants* | Jennifer M. Luther<br>jluther@foley.com<br>FOLEY & LARDNER LLP<br>150 East Gilman Street, Suite 5000<br>Madison, WI  53703<br>(608) 258-4215 |
| | *Counsel for Defendants/Counter-Plaintiffs* |

Dated:          October 20, 2025