IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**STIPULATED ORDER REGARDING
TRIAL TIME LIMITS**

The parties hereby stipulate and agree as follows regarding trial time limits:

1. **Opening Statements and Closing Arguments:** Each side (Plaintiffs and Defendants) shall be allotted up to 90 minutes for its opening statement and up to 90 minutes for its closing argument. The parties do not agree as to which party or parties may have rebuttal argument, but the parties agree that any time for rebuttal argument will be counted as part of the rebutting side's 90-minute allocation. The Court shall determine which sides will have rebuttal argument.

2. **Examination of Witnesses:** In addition to the times allotted in paragraph 1 for openings and closings, each side shall be allotted 77 hours for the examination of witnesses. Each side's allotment shall encompass both its case-in-

chief and any permitted rebuttal. Time spent by a side examining a witness, whether on direct or cross-exam, shall be counted against that side's time. For example, if Plaintiffs put on Witness A for 60 minutes of direct, Defendants cross-examine that witness for 30 minutes, and Plaintiffs conduct 5 minutes of redirect, 65 minutes would be deducted from Plaintiffs' time allotment and 30 minutes would be deducted from Defendants'.

3. **Timekeeping:** Each side shall be responsible for keeping time, in accordance with the following requirements.

   a. By 6:00pm at the end of each trial day, Plaintiffs and Defendants shall confer with their respective results of time allotments used by each side that day.

   b. In the unlikely event that Plaintiffs and Defendants are unable to resolve a disagreement concerning the results, they shall bring the matter to the Court's attention before the jury enters the following morning, and the Court shall make a final determination.

4. Upon the request of one or both sides or on its own motion, the Court may alter these procedures, including to grant additional time to one or both sides for good cause shown.

5. This stipulation does not address the appropriate number of jurors (*see* ECF 298 at PageID.30925-28; ECF 302 at PageID.31100-04).

SO ORDERED.

Date: October 21, 2025                              s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge

**STIPULATED AND AGREED TO BY:**

CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY

By:   */s/ Terri L. Mascherin*
      One of their attorneys

Terri L. Mascherin
tmascherin@jenner.com
Daniel J. Weiss
dweiss@jenner.com
Christopher Tompkins
ctompkins@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Patrick G. Seyferth
seyferth@bsplaw.com
Derek J. Linkous
linkous@bsplaw.com
BUSH SEYFERTH PLLC
100 West Big Beaver Road
Suite 400
Troy, Michigan 48084
(242) 822-7800

*Counsel for Plaintiffs/Counter-Defendants*

TOSHIBA AMERICA ENERGY SYSTEMS COPRORATION and TOSHIBA CORPORATION

By:   */s/ Christopher M. Curran*
      One of their attorneys

Christopher M. Curran
ccurran@whitecase.com
Eric Grannon
egrannon@whitecase.com
J. Frank Hogue
fhogue@whitecase.com
Holly Zheng
holly.zheng@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Nicholas J. Ellis (P73174)
nellis@foley.com
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

Jennifer M. Luther
jluther@foley.com
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
(608) 258-4215

*Counsel for Defendants/Counter-Plaintiffs*