IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>*Defendants*. | Civil Action No. 4:22-cv-10847 |

**JOINT MOTION FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT**

The parties hereby move for entry of an Order authorizing them to bring electronic equipment into the Federal Courthouse for trial beginning on October 30, 2025 at 9:00 a.m. for the duration of the trial (until approximately mid-December 2025).

Specifically, the parties request that the following people be permitted to bring their cellular phones, laptop computers, tablets, smartwatches, power cords, Wi-Fi hotspots, desk-top printer, TV monitors, stands, whiteboards, cables, tables, as well as any other electronic or trial technology related items to the courtroom, in addition to physical evidence:

- Terri Mascherin
- Daniel Weiss
- Patrick Seyferth
- Christopher Curran
- Eric Grannon
- Frank Hogue

- Christopher Tompkins
- Huiyi Chen
- Derek Linkous
- Regina Wood
- Lauren Spungen
- Thomas Cribbins
- Kiara Goodwine
- Emerson Hilton
- Sandra Mielke Gentile (paralegal)
- Natalia Glinzler (paralegal)
- Julie Miller (paralegal)
- Sherri Mignot (administrative assistant)
- Oliver Ramirez (Technology)
- Derrick Granberry (Technology)

- Holly Zheng
- Jennifer Luther
- Paula Toro
- Houston Smith
- Tim Fraser
- Aya Kobori
- Scott Torvik
- Laetitia Haddad (legal assistant)
- Audrey Trousdale (legal assistant)
- Christopher Reidy (legal assistant)
- David Brodsky-Porges (Technology)
- Yuval Newman (Technology)
- Kaihan Rahimi (Technology)

The basis for this request is that it will enable all party representatives, witnesses, and out-of-town counsel and their assistants to participate fully in the hearing and the trial. The parties' proposed order is attached.

Dated: October 29, 2025

CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY

By: _/s/ Terri L. Mascherin_
      One of their attorneys

Terri L. Mascherin
tmascherin@jenner.com
Daniel J. Weiss
dweiss@jenner.com
Christopher Tompkins
ctompkins@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654

TOSHIBA AMERICA ENERGY SYSTEMS COPRORATION and TOSHIBA CORPORATION

By: _/s/ Christopher M. Curran_
      One of their attorneys

Christopher M. Curran
ccurran@whitecase.com
Eric Grannon
egrannon@whitecase.com
J. Frank Hogue
fhogue@whitecase.com
Holly Zheng
holly.zheng@whitecase.com
WHITE & CASE LLP

2

(312) 222-9350

Patrick G. Seyferth
seyferth@bsplaw.com
Derek J. Linkous
linkous@bsplaw.com
BUSH SEYFERTH PLLC
100 West Big Beaver Road
Suite 400
Troy, Michigan 48084
(242) 822-7800

*Counsel for Plaintiffs/Counter-Defendants*

701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600

Nicholas J. Ellis (P73174)
nellis@foley.com
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489
(313) 234-7100

Jennifer M. Luther
jluther@foley.com
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI  53703
(608) 258-4215

*Counsel for Defendants/Counter-Plaintiffs*

3