UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY CO. and
DTE ELECTRIC CO.,

    Plaintiffs,

v.

TOSHIBA AMERICA ENERGY
SYSTEMS CORP. and
TOSHIBA CORP.,

    Defendants.
_____/

Case No. 22-10847

Hon. F. Kay Behm

ORDER ON MOTION TO EXCLUDE CERTAIN ILLUSTRATIVE AIDS FOR AND UNDISCLOSED OPINIONS FROM WILLIAM MARSCHER (ECF No. 357)

Plaintiffs filed a motion to exclude certain illustrative aids for and opinions of defense expert William Marscher. (ECF No. 357). Defendants filed a response in opposition. (ECF No. 361). The court heard oral argument on the motion. For the reasons stated on the record, the motion is GRANTED in part and DENIED in part.

    SO ORDERED.

Dated: December 4, 2025

                                                 s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge