UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DTE ELECTRIC CO. and
CONSUMERS ENERGY CO.,

    Plaintiffs,

v.

TOSHIBA AMERICA ENERGY
SYSTEMS CORP. and
TOSHIBA CORP.,

    Defendants.
_____/

Case No. 22-10847

F. Kay Behm
United States District Judge

## **VERDICT FORM**

The parties have stipulated that the amount of Liquidated Damages for Lateness owed by TAES, as Consumers Energy and DTE's sole and exclusive remedy for TAES's late achievement of Unit Interim Acceptance of Units 1, 6, and 3, is $11,287,402. This stipulation is without prejudice to any other claims for damages asserted by the parties.

With respect to the parties' remaining claims, please answer the following questions in which your answers must be unanimous:

1.    Did Consumers Energy and DTE prove by a preponderance of the evidence that TAES breached the parties' Contract?

YES __X__ NO _____

*If you answered "NO," then go to Question 5 and skip Questions 2, 3, and 4.*
*If you answered "YES," then go to Question 2.*

1

2. Did Consumers Energy and DTE prove by a preponderance of the evidence that they suffered damages as a result of TAES's breach of the parties' Contract?

YES __X__ NO _____

*If you answered "NO," then go to Question 5 and skip Questions 3 and 4. If you answered "YES," then go to Question 3.*

3. Did TAES prove by the appropriate burden of proof that any of its affirmative defenses (waiver, release, or mitigation of damages) bar Consumers Energy and DTE's damages <u>entirely</u>?

YES _____ NO __X__

*If you answered "NO," then go to Question 4. If you answered "YES," then go to Question 5 and skip Question 4.*

4. Taking into account the contractual limitation on damages, what damages did the Utilities prove by a preponderance of the evidence naturally arise from TAES's breach?

Amount: $ 383,136,736

*Go to Question 5.*

5. Did TAES prove by a preponderance of the evidence that Consumers Energy and DTE breached the parties' Contract with respect to TAES's counterclaim?

YES _____ NO __X__

*If you answered "NO," then skip Questions 6 and 7 and proceed to the Concluding Instruction below. If you answered "YES," then go to Question 6.*

6.   Did TAES prove by a preponderance of the evidence that it suffered damages as a result of Consumers Energy and DTE's breach of the parties' Contract?

YES _____ NO _____

*If you answered "NO," then skip Question 7 and proceed to the Concluding Instruction below. If you answered "YES," then go to Question 7.*

7.   What damages did TAES prove by a preponderance of evidence naturally arise from the Utilities' breach with respect to the counterclaim?

Amount: $ _____

Proceed to the Concluding Instruction below.

## CONCLUDING INSTRUCTION

If you have properly followed the instructions that accompany this Verdict Form, you will have completed your deliberations when you have reached this point. Please review the Verdict Form once more to make sure that you have answered all the questions warranted by the instructions and that you have recorded no response to questions that, under the instructions, there was no occasion for you to address. Then your foreperson should sign and date below.

Date: 12/18/25

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.