IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>    Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

## **ORDER REGARDING WITHDRAWAL OF COUNSEL**

This matter comes before the Court at the request of Defendants Toshiba America Energy Systems Corporation and Toshiba Corporation to permit Adam M. Acosta to withdraw as counsel of record for Defendants in the above-captioned case. Defendants will continue to be represented by counsel from White & Case LLP and Foley & Lardner LLP who have appeared in this matter.

The Court being fully advised of the premises, it is hereby ORDERED that Adam M. Acosta is withdrawn as counsel of record for Defendants and he shall be removed from ECF Notification.

SO ORDERED.

Date: January 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge