IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>  Plaintiffs/Counter-Defendants,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>  Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION'S
UNOPPOSED MOTION FOR LEAVE TO
USE EXCESS PAGES IN ITS BRIEF IN SUPPORT OF ITS
<u>RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

In accordance with Local Rule 7.1(d)(3)(A), Defendant Toshiba America Energy Systems Corporation ("TAES") respectfully moves for leave to use excess pages in its brief in support of its anticipated Renewed Motion for Judgment as a Matter of Law under Rule 50(b) of the Federal Rules of Civil Procedure. TAES requests a limit of 50 pages.

Such relief is warranted here given the complexity and number of issues to be addressed. Under Rule 50(a) and (b), "[t]he motion must specify . . . *the law and facts* that entitle the movant to the judgment." (emphasis added). The trial record is extensive, covering 27 days of trial testimony, in addition to over 500 exhibits admitted and nearly 200 illustratives used by both sides. Thus, the expanded

page limit is warranted.  For reference, this Court previously granted TAES leave to use excess pages in its Motion for Judgment as a Matter of Law, allowing 50 pages.  ECF 387, Tr. Vol. 24 at 136:25-137:2, PageID.43795-96.

Prior to filing this Motion For Leave, counsel for TAES conferred with counsel for Plaintiffs Consumers Energy Company and DTE Electric Company (together, "Plaintiffs") in accordance with Local Rule 7.1.(a)(1) and explained the nature and legal basis of this Motion.  Counsel for Plaintiffs informed counsel for TAES that they do not oppose this Motion.

| | |
|---|---|
| Dated:  January 8, 2026 | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>By:  */s/ Christopher M. Curran*<br>         Christopher M. Curran |
| **FOLEY & LARDNER LLP**<br><br>Nicholas J. Ellis (P73174)<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226-3489<br>(313) 234-7100<br>nellis@foley.com<br><br>Jennifer M. Luther<br>150 East Gilman Street, Suite 5000<br>Madison, WI 53703<br>(608) 258-4215<br>jluther@foley.com | Christopher M. Curran<br>Eric Grannon<br>J. Frank Hogue<br>Holly Zheng<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>(202) 626-3600<br>ccurran@whitecase.com<br>egrannon@whitecase.com<br>fhogue@whitecase.com<br>holly.zheng@whitecase.com<br><br>*Attorneys for Toshiba America Energy Systems Corporation and Toshiba Corporation* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 8, 2026, I filed the foregoing document and this Certificate of Service with the Court using the ECF system, which sent notice of filing to all attorneys of record.

                                                */s/ Christopher M. Curran*
                                                Christopher M. Curran