# **<u>EXHIBIT A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>Defendants. | Case No. 4:22-cv-10847<br><br>Judge F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

## **DECLARATION OF MICHAEL P. EMMERT**

I, Michael P. Emmert, hereby state and declare as follows:

1. I am a Certified Public Accountant, and I testified at trial in this case on behalf of the Plaintiffs as an expert on the quantification of financial damages.

2. I have prepared the attached calculation of prejudgment interest on the jury's verdict pursuant to Mich. Comp. Laws 600.6013.  As of today, TAES owes prejudgment interest in the amount of $73,470,297.  This amount will increase at a rate of $60,435 per day until judgment is entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January 2026.

*Michael P. Emmert*

_____
Michael P. Emmert

# **Attachment 1**

**Ludington Pumped Storage Plant**
*Pre-Judgement Interest on Damages Award*

| Complaint Date | Pre-Judgement Interest Rate | | | | PJI Date | Period | Damages Award | Compounded Annually[2] | Pre-Judgement Interest | Cumulative Interest | Cumulative Award Balance | Total Judgement Value | # of Days | Daily Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time Period | 1% | Interest Rate[1] | Applicable Rate | | | | | | | | | | |
| 4/20/2022 | 1/1/2022 | 1.000% | 1.045% | 2.045% | 6/30/2022 | 0.19 | $ 394,424,138 | $ 394,424,138 | $ 1,567,924 | $1,567,924 | $ 395,992,062 | | 71.00 | $22,083 |
| 4/20/2022 | 7/1/2022 | 1.000% | 2.458% | 3.458% | 12/31/2022 | 0.50 | 394,424,138 | 394,424,138 | 6,870,939 | 8,438,862 | 402,863,000 | | 184.00 | $37,342 |
| 4/20/2022 | 1/1/2023 | 1.000% | 3.743% | 4.743% | 6/30/2023 | 0.50 | 394,424,138 | 402,863,000 | 9,468,885 | 17,907,748 | 412,331,886 | | 181.00 | $52,314 |
| 4/20/2022 | 7/1/2023 | 1.000% | 3.762% | 4.762% | 12/31/2023 | 0.50 | 394,424,138 | 402,863,000 | 9,664,388 | 27,572,136 | 421,996,274 | | 184.00 | $52,524 |
| 4/20/2022 | 1/1/2024 | 1.000% | 4.392% | 5.392% | 6/30/2024 | 0.50 | 394,424,138 | 421,996,274 | 11,338,084 | 38,910,220 | 433,334,358 | | 182.00 | $62,297 |
| 4/20/2022 | 7/1/2024 | 1.000% | 4.359% | 5.359% | 12/31/2024 | 0.50 | 394,424,138 | 421,996,274 | 11,392,525 | 50,302,744 | 444,726,882 | | 184.00 | $61,916 |
| 4/20/2022 | 1/1/2025 | 1.000% | 4.016% | 5.016% | 6/30/2025 | 0.50 | 394,424,138 | 444,726,882 | 11,054,504 | 61,357,248 | 455,781,386 | | 181.00 | $61,075 |
| 4/20/2022 | 7/1/2025 | 1.000% | 4.083% | 5.083% | 12/31/2025 | 0.50 | 394,424,138 | 444,726,882 | 11,387,833 | 72,745,081 | 467,169,219 | | 184.00 | $61,890 |
| 4/20/2022 | 1/1/2026 | 1.000% | 3.725% | 4.725% | 1/12/2026 | 0.03 | 394,424,138 | 467,169,219 | 725,215 | 73,470,297 | 467,894,435 | | 12.00 | $60,435 |
| Total | | | | | | 3.73 | $ 394,424,138 | | $ 73,470,297 | | | $ 467,894,435 | | |

**Notes**
1) Interest Rate is the average high yield paid at auctions of 5-year Treasury Notes as published by the State Treasurer of the State of Michigan.
2) Amounts compounded annually.

**Source**
Interest Rates for Money Judgements from the Michigan Department of Treasury