IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>  Plaintiffs/Counter-Defendants,<br><br>  v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>  Defendants/Counter-Plaintiffs. | Case No: 4:22-cv-10847<br><br>Hon. F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**STIPULATION AND ORDER REGARDING
<u>BRIEFING ON TOSHIBA AMERICA ENERGY SYSTEMS
CORPORATION'S RENEWED MOTION FOR JUDGMENT AS A
MATTER OF LAW OR FOR A NEW TRIAL</u>**

The parties hereby stipulate and agree as follows regarding further briefing of the Renewed Motion for Judgment as a Matter of Law or for a New Trial filed by Toshiba America Energy Systems Corporation ("TAES"):

  1.  The jury rendered its verdict on December 18, 2025 (ECF No. 391).

  2.  TAES filed its Renewed Motion for Judgment as a Matter of Law or for a New Trial on January 15, 2025 (the "Renewed Motion") (ECF No. 400). The Court granted leave for TAES to file a brief in support of the motion of up to 50 pages.

1

3. Given the number of issues raised, Plaintiffs require additional time and pages than the Local Rules provide to respond to TAES's Renewed Motion. Therefore, the parties hereby stipulate and agree as follows:

    a. The page limits on Plaintiffs' response to the Renewed Motion shall be 50 pages, and the response shall be due on February 12, 2026; and

    b. The page limit on TAES's reply memorandum shall be 20 pages, and the reply memorandum shall be due on March 5, 2026.

**SO ORDERED.**

Date: January 27, 2026
          s/F. Kay Behm
          F. Kay Behm
          United States District Judge

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY | TOSHIBA AMERICA ENERGY SYSTEMS COPRORATION and TOSHIBA CORPORATION |
| By: */s/ Derek J. Linkous*<br>One of their attorneys | By: */s/ J. Frank Hogue* (w/ consent)<br>One of their attorneys |
| Terri L. Mascherin<br>tmascherin@jenner.com<br>Daniel J. Weiss<br>dweiss@jenner.com<br>Christopher Tompkins<br>ctompkins@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br><br>Patrick G. Seyferth<br>seyferth@bsplaw.com | Christopher M. Curran<br>ccurran@whitecase.com<br>Eric Grannon<br>egrannon@whitecase.com<br>J. Frank Hogue<br>fhogue@whitecase.com<br>Holly Zheng<br>holly.zheng@whitecase.com<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>(202) 626-3600 |

<div style="display: flex;">

Derek J. Linkous
linkous@bsplaw.com
BUSH SEYFERTH PLLC
100 West Big Beaver Road
Suite 400
Troy, Michigan 48084
(242) 822-7800

*Counsel for Plaintiffs/Counter-Defendants*

Nicholas J. Ellis (P73174)
nellis@foley.com
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489
(313) 234-7100

Jennifer M. Luther
jluther@foley.com
FOLEY & LARDNER LLP
150 East Gilman Street, Suite 5000
Madison, WI  53703
(608) 258-4215

*Counsel for Defendants/Counter-Plaintiffs*

</div>