IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY COMPANY
and DTE ELECTRIC COMPANY,

     Plaintiffs/Counter-Defendants,

     v.

TOSHIBA AMERICA ENERGY
SYSTEMS CORPORATION and
TOSHIBA CORPORATION,

     Defendants/Counter-Plaintiffs.

Case No: 4:22-cv-10847

Hon. F. Kay Behm

Mag. Judge Curtis Ivy, Jr.

## <u>ORDER REGARDING WITHDRAWAL OF COUNSEL</u>

This matter comes before the Court at the request of Defendants Toshiba America Energy Systems Corporation and Toshiba Corporation to permit Houston C. Smith to withdraw as counsel of record for Defendants in the above-captioned case.  Defendants will continue to be represented by counsel from White & Case LLP and Foley & Lardner LLP who have appeared in this matter.

The Court being fully advised of the premises, it is hereby ORDERED that Houston C. Smith is withdrawn as counsel of record for Defendants and he shall be removed from ECF Notification.

SO ORDERED.

Date: April 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge