IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,<br><br>Defendants. | ) | Case No. 4:22-cv-10847<br><br>Judge F. Kay Behm<br><br>Mag. Judge Curtis Ivy, Jr. |

**JUDGMENT AS TO DEFENDANT**
**<u>TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION</u>**

Pursuant to the jury's verdict of December 18, 2025 (ECF No. 391), the Court's Opinion and Order Denying Defendant's Renewed Motion for Judgment as a Matter of Law or for a New Trial (ECF No. 437), and the Court's Opinion and Order Regarding Plaintiffs' Motion to Enter Partial Final Judgment (ECF No. 438), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment be entered in favor of Consumers Energy Company and DTE Electric Company ("Plaintiffs") and against Defendant Toshiba America Energy Systems Corporation ("TAES") on Counts I, II, and III of Plaintiffs' Complaint;

2. TAES is liable to Plaintiffs in the amount of $394,424,138, plus statutory interest pursuant to Mich. Comp. Laws § 600.6013(8), from the date of the

filing of the Complaint to the date of this judgment, of $90,343,643, for a total judgment of $484,767,781;

3. Pursuant to Federal Rule of Civil Procedure 62, execution on this judgment and proceedings to enforce it are automatically stayed for 30 days after its entry; TAES may obtain a further stay by motion and by providing a bond or other security approved by the Court, and Plaintiffs may oppose such motion and proposed bond or other security;

4. Plaintiffs may seek taxable costs from TAES pursuant to Federal Rule of Civil Procedure 54(d)(1), to be taxed by the Clerk upon the timely filing of a bill of costs and subject to adjudication upon timely motion to the Court, with enforcement of such costs subject to Federal Rule of Civil Procedure 62 in the same manner as set out in Paragraph 3;

5. Post-judgment interest at the rate provided for by 28 U.S.C. § 1961 shall apply to this judgment;

6. Judgment be entered in favor of Plaintiffs and against TAES on TAES's Counterclaims against Plaintiffs, and TAES shall recover nothing on its Counterclaims against Plaintiffs;

7. For the reasons stated in its Opinion and Order Regarding Plaintiffs' Motion to Enter Partial Final Judgment (ECF No. 438), the Court determines that there is no just reason for delay and hereby directs entry of final judgment pursuant

to Federal Rule of Civil Procedure 54(b) as to the claims and parties specified above; and

8. Plaintiffs' Count IV, against Defendant Toshiba Corporation, remains pending before the Court.

**SO ORDERED.**

Dated: October 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated as to form while reserving all rights, including appeal rights:

CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY

By: /s/ Terri L. Mascherin
One of their attorneys

Terri L. Mascherin
tmascherin@jenner.com
Daniel J. Weiss
dweiss@jenner.com
Christopher Tompkins
ctompkins@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Patrick G. Seyferth
seyferth@bsplaw.com
Derek J. Linkous
linkous@bsplaw.com
BUSH SEYFERTH PLLC
100 West Big Beaver Road
Suite 400
Troy, Michigan 48084
(248) 822-7800

*Counsel for Plaintiffs/Counter-Defendants*

TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION

By: /s/ Christopher M. Curran
One of their attorneys

Christopher M. Curran
ccurran@whitecase.com
Eric Grannon
egrannon@whitecase.com
J. Frank Hogue
fhogue@whitecase.com
Holly Zheng
holly.zheng@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

*Counsel for Defendant/Counter-Plaintiff Toshiba America Energy Systems Corporation*