IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSUMERS ENERGY COMPANY and DTE ELECTRIC COMPANY,

Plaintiffs/Counter-Defendants,

v.

TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION and TOSHIBA CORPORATION,

Defendants/Counter-Plaintiffs.

Case No: 4:22-cv-10847

Hon. F. Kay Behm

Mag. Judge Curtis Ivy, Jr.

**ORDER APPROVING**
**TOSHIBA AMERICA ENERGY SYSTEMS CORPORATION'S BOND**

In this Court's Opinion and Order on Motion Set Amount of Bond and to Stay Execution of Judgment Pending Appeal (ECF 456), this Court stated: "The court will grant the motion to stay execution and enforcement of the judgment upon TAES's posting of a bond in amount of $549,484,279." (ECF 456 at 20, PageID.47978). Given that TAES has now posted a supersedeas bond in that amount and this Court finds the bond to be satisfactory:

**IT IS HEREBY ORDERED** that TAES's Motion **IS GRANTED** and the supersedeas bond **IS APPROVED**. Pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, a stay of execution and enforcement of this Court's October 13, 2026 judgment (ECF 447) is therefore in effect and shall remain in effect for the time specified in the aforementioned supersedeas bond.

**SO ORDERED.**

Dated: November 11, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge